UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
A.P.,

                        Plaintiff,

-against -

UNITED STATES OF AMERICA,
CARLOS MARTINEZ, EUGENIO PEREZ,
JOSEPH NORWOOD, KIMBERLY ASK-CARLSON,
HERMAN QUAY, TOMAS RODRIGUEZ,
D'ANELLO SMITH, ANDY CRUZ,
JERMAINE DARDEN, OFFICER GUAPA, and
JOHN/JANE DOES 1-10,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. 18-CV-04661

(Matsumoto, J.)
(Kuo, M.J.)

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is STIPULATED AND AGREED, by and between Plaintiff A.P. ("Plaintiff") and Defendants UNITED STATES OF AMERICA, JOSEPH NORWOOD, KIMBERLY ASK-CARLSON, HERMAN QUAY, TOMAS RODRIGUEZ, D'ANELLO SMITH, ANDY CRUZ, and JERMAINE DARDEN, by and through their respective undersigned attorneys, that in accordance with the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 and Dismissal with Prejudice of "*Bivens*" Claims, Plaintiff's Amended Complaint and Jury Demand and any and all claims arising therefrom against Defendants UNITED STATES OF AMERICA, JOSEPH NORWOOD, KIMBERLY ASK-CARLSON, HERMAN QUAY, TOMAS RODRIGUEZ, D'ANELLO SMITH, ANDY CRUZ, and JERMAINE DARDEN are dismissed with prejudice pursuant to

*A.P. v. United States, et al., 18-CV-04661 (KAM)(PK) – Stipulation of Dismissal With Prejudice*

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements; and

IT is FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action that have been asserted herein or for any other causes of action arising out of the incidents or circumstances that gave rise to this suit.

| | |
|---|---|
| Dated: New York, New York<br>September 25, 2023 | CUTI HECKER WANG LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, Suite 607<br>New York, New York 10007<br><br>By:   /s/ Daniel Mullkoff<br>DANIEL MULLKOFF<br>MARIANN MEIER WANG<br>dmullkoff@chwllp.com<br>mwang@chwllp.com<br>(212) 620-2606 |
| Dated: Brooklyn, New York<br>September 26, 2023 | BREON PEACE<br>United States Attorney<br>Eastern District of New York<br>Attorney for Defendants United States,<br>Joseph Norwood, Kimberly Ask Carlson,<br>Herman Quay, Tomas Rodriguez,<br>D'Anello Smith, Andy Cruz, and<br>Jermaine Darden<br>271-A Cadman Plaza East, 7th Floor<br>Brooklyn, New York 11201<br><br>By:   s/*Kathleen A. Mahoney*<br>KATHLEEN A. MAHONEY<br>Assistant U.S. Attorney<br>Senior Litigation Counsel<br>(718) 254-6026<br>kathleen.mahoney@usdoj.gov |