UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
A.P.,

                        Plaintiff,

                                                                          No. 18-CV-04661 (KAM)(PK)

-against -

UNITED STATES OF AMERICA,
CARLOS MARTINEZ, EUGENIO PEREZ,
JOSEPH NORWOOD, KIMBERLY ASK-CARLSON,
HERMAN QUAY, TOMAS RODRIGUEZ,
D'ANELLO SMITH, ANDY CRUZ,
JERMAIN DARDEN, OFFICER GUAPA, and
JOHN/JANE DOES 1-10,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

WHEREAS, Plaintiff has indicated that she wishes to voluntarily dismiss her claims against the remaining defendants, Carlos Martinez and Eugenio Perez; and

WHEREAS, Defendant Martinez executed a Stipulation of Voluntary Dismissal; and

WHEREAS, Plaintiff sent the Stipulation of Voluntary Dismissal to Defendant Perez multiple times but has received no response,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the above-captioned action is dismissed and discontinued with prejudice, and without costs to any party.

It is so ORDERED this _____ day of _____ 2023

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE